# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### DELTA DIVISION

UNITED STATES OF AMERICA                                   PLAINTIFF

v.                                    No. 2:23-cr-35-DPM

EDDIE LEE QUALLS                                           DEFENDANT

## ORDER

On 21 May 2026, Qualls pleaded guilty to counts one and seven in *United States v. Qualls*, No. 3:24-cr-15-DPM-1 (E.D. Ark.).  For the reasons stated from the bench during that change of plea hearing, the Court granted the government's oral motion to dismiss the Indictment in this case without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_21 May 2026_